UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LAURA M. CISKE,

    Plaintiff,

v.                                             Case No. 20-CV-1154

KILOLO KIJAKAZI,
Acting Commissioner, Social Security Administration,

    Defendant.

---

### ORDER GRANTING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412

---

Based upon the stipulation of the parties (Docket # 22) and the Court's finding that the fees incurred are both reasonable and necessary and qualify under the EAJA,

**IT IS HEREBY ORDERED** that an award of attorney's fees of $10,000.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have for attorney's fees in this matter pursuant to the Equal Access to Justice Act. The attorney's fees are awarded to Plaintiff and not Plaintiff's attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed. 2d 91 (2010).

If counsel for the parties verify Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

If Plaintiff owes a pre-existing debt subject to offset in an amount less than the EAJA award, the Social Security Administration will instruct the U.S. Department of Treasury that any check for the remainder after offset will be made payable to Plaintiff and mailed to the business address of Plaintiff's attorney.

Dated at Milwaukee, Wisconsin this 4th day of October, 2021.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge